| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/06/2016 to 01/09/2017
**Chapter 13 Case No. 16-11765 / MBK**

| | |
|---|---|
| Deborah J. Kwamie | Petition Filed Date: 02/01/2016 |
| 30 Clive Hills Road | 341 Hearing Date: 03/03/2016 |
| Edison  NJ   08820 | Confirmation Date: 07/12/2016 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/21/2016 | $223.00 | 28670760 | 04/15/2016 | $223.00 | 29322840 | 05/02/2016 | $223.00 | 29781520 |
| 06/14/2016 | $223.00 | 30862430 | 07/08/2016 | $223.00 | 31502110 | 07/28/2016 | $83.00 | 31969760 |
| 08/10/2016 | $306.00 | 32318320 | 09/09/2016 | $306.00 | 33072570 | 10/07/2016 | $306.00 | 33822250 |
| 11/09/2016 | $306.00 | 34657700 | 12/02/2016 | $261.00 | 35224580 | | | |

**Total Receipts for the Period: $2,683.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,683.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Deborah J. Kwamie | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MICHAEL P OTTO ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2012-2015 | Priority Crediors | $10,215.27 | $1,533.92 | $8,681.35 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $2,332.21 | $0.00 | $2,332.21 |
| 3 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2008 | Unsecured Creditors | $2,814.56 | $0.00 | $2,814.56 |
| 4 | DITECH FINANCIAL LLC<br>»» P/30 CLIVE HILLS RD/1ST MTG | Mortgage Arrears | $310,115.22 | $0.00 | $310,115.22 |
| 5 | NJ DIVISION OF TAXATION<br>»» 2012-2014 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 6 | Equiant Financial Services<br>»» ATLANTIC FLAGSHIP TIMESHARE | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 7 | Equiant Financial Services<br>»» ATLANTIC FLAGSHIP TIMESHARE | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/9/2017:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,683.00 | Plan Balance: | $13,005.00 ** |
| Paid to Claims: | $2,533.92 | Current Monthly Payment: | $261.00 |
| Paid to Trustee: | $149.08 | Arrearages: | $216.00 |
| Funds on Hand: | $0.00 | Total Plan Base: | $15,688.00 |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**