# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

In re   Deborah J. Kwamie                                         Case No.   16-11765  MBK

## TRANSFER OF CLAIM SERVICING

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee Servicer hereby gives evidence and notice of the transfer of servicing for the claim referenced in this notice.

| | |
|---|---|
| Bayview Loan Servicing, LLC | Ditech Financial, LLC |
| Name of Transferee Servicer | Name of Transferor Servicer |

Name and Address where notices to Transferee           Court Claim # (if known):   3-1
Servicer should be sent:                               Amount of Claim:   $310,115.22
                                                       Date Claim Filed:   June 1, 2016
 Bayview Loan Servicing, LLC
 4425 Ponce De Leon Blvd, 5th Floor
 Coral Gables, FL 33146

Phone:   1-855-813-6597                                Phone:   888-298-7785
Last Four Digits of Acct#:   1703                      Last Four Digits of Acct#:   2047

Name and Address where Transferee Servicer
payments should be sent (if different from above):

 Bayview Loan Servicing, LLC
 4425 Ponce De Leon Blvd, 5th Floor
 Coral Gables, FL 33146

Phone:   1-855-813-6597
Last Four Digits of Acct#:   1703

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Jenelle C. Arnold                            Date:   September 21, 2017
        Transferee Servicer's Agent

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177 0933
Telephone: (858) 750 7600
Facsimile: (619) 590 1385
E-mail: jarnold@aldidgepite.com

Agent for Bayview Loan Servicing, LLC

In Re:

Deborah J. Kwamie

Case No.: 16-11765 MBK

Chapter: 13

Adv. No.:

Hearing Date:

Judge: Judge Michael B. Kaplan

## CERTIFICATION OF SERVICE

1. I, Michael L. Tidwell

    ☐ represent the _____ in the above-captioned matter.

    ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

    ☒ See Attachment Page

2. On September 21, 2017, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Transfer of Claim Servicing

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: September 21, 2017                    /s/ Michael L. Tidwell
                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Deborah J. Kwamie<br>30 Clive Hills Road<br>Edison, NJ 08820 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Michael P. Otto<br>Law Office of Michael P. Otto, LLP.<br>1030 Stelton Road<br>Suite 102<br>Piscataway, NJ 08854<br>motto@ottolawoffice.com | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853<br>docs@russotrustee.com | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Attachment Page

☒ am the secretary/paralegal for Jenelle C. Arnold, agent for the secured creditor in the above captioned matter.