Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−11765−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Deborah J. Kwamie
   30 Clive Hills Road
   Edison, NJ 08820

Social Security No.:
   xxx−xx−2731

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 18, 2016.

On 12/14/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:              February 13, 2018
Time:              10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: December 19, 2017
JAN: gan

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 16-11765-MBK
Deborah J. Kwamie                                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 1            Date Rcvd: Dec 19, 2017
                              Form ID: 185               Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2017.
```
db              +Deborah J. Kwamie,    30 Clive Hills Road,    Edison, NJ 08820-3654
cr              +DITECH FINANCIAL LLC, SERVICER FOR THE BANK OF NEW,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
515974907        Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
515974908       +Equiant Financial Services,    5401 N. Pima Road,    Suite 150,    Scottsdale, AZ 85250-2630
515974912       +Residential Credit Solutions,    PO Box 163349,    Fort Worth, TX 76161-3349
515974911      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court:  New Jersey Division of Taxation,    Bankruptcy Unit,    PO Box 245,
                  Trenton, NJ 08695-0267)
515974913       +Victor K. Kwamie,    30 Clive Hills Road,    Edison, NJ 08820-3654
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2017 22:44:27      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2017 22:44:25      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
515974910        E-mail/Text: cio.bncmail@irs.gov Dec 19 2017 22:44:00      Internal Revenue Service,
                  PO Box 7346,    Philadelphia, PA 19101-7346
517080054       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 19 2017 22:44:49
                  THE BANK OF NEW YORK MELLON,    c/o Bayview Loan Servicing, LLC,
                  4425 Ponce De Leon Blvd, 5th Floor,    Coral Gables, FL 33146-1837
517080055       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 19 2017 22:44:49
                  THE BANK OF NEW YORK MELLON,    c/o Bayview Loan Servicing, LLC,
                  4425 Ponce De Leon Blvd, 5th Floor,    Coral Gables, FL 33146,    THE BANK OF NEW YORK MELLON,
                  c/o Bayview Loan Servicing, LLC 33146-1837
516213787        E-mail/Text: bankruptcy.bnc@ditech.com Dec 19 2017 22:44:08      The Bank of New York Mellon,
                  c/o Ditech Financial LLC,    PO Box 6154,    Rapid City, SD 57709-6154
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515974909*      +Equiant Financial Services,    5401 N. Pima Road,    Suite 150,    Scottsdale, AZ 85250-2630
516084925*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Division of Taxation,    P.O. Box 245,
                  Trenton, NJ 08695-0245)
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2017 at the address(es) listed below:
```
              Albert Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA Et Al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Michael P. Otto    on behalf of Debtor Deborah J. Kwamie motto@ottolawoffice.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC, SERVICER FOR THE BANK OF NEW
               YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE et.al. nj.bkecf@fedphe.com
                                                                                              TOTAL: 5
```