| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2017 to 02/17/2018
**Chapter 13 Case No. 16-11765 / MBK**

Deborah J. Kwamie
30 Clive Hills Road
Edison  NJ  08820

Petition Filed Date: 02/01/2016
341 Hearing Date: 03/03/2016
Confirmation Date: 07/12/2016

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/12/2017 | $261.00 | 36251710 - | 02/06/2017 | $261.00 | 36948920 - | 03/13/2017 | $261.00 | 37937700 - |
| 05/19/2017 | $261.00 | 39720900 - | 05/23/2017 | $261.00 | 39828390 - | 06/06/2017 | $261.00 | 40217310 - |
| 07/07/2017 | $261.00 | 41076570 - | 08/09/2017 | $261.00 | 41938030 | 09/06/2017 | $261.00 | 42626340 |
| 10/03/2017 | $261.00 | 43340160 | 11/13/2017 | $261.00 | 44343560 | 12/07/2017 | $261.00 | 45026390 |
| 01/16/2018 | $261.00 | 45882790 | 02/06/2018 | $261.00 | 46514170 | | | |

**Total Receipts for the Period:  $3,654.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $6,337.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Deborah J. Kwamie | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MICHAEL P OTTO ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2012-2015 | Priority Crediors | $10,215.27 | $4,474.10 | $5,741.17 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $2,332.21 | $0.00 | $2,332.21 |
| 3 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2008 | Unsecured Creditors | $2,814.56 | $0.00 | $2,814.56 |
| 4 | BAYVIEW LOAN SERVICING<br>»»  P/30 CLIVE HILLS RD/1ST MTG/DITECH | Mortgage Arrears | $310,115.22 | $0.00 | $310,115.22 |
| 5 | NJ DIVISION OF TAXATION<br>»»  2012-2014 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 6 | Equiant Financial Services<br>»»  ATLANTIC FLAGSHIP TIMESHARE | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 7 | Equiant Financial Services<br>»»  ATLANTIC FLAGSHIP TIMESHARE | Mortgage Arrears | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 16-11765 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/17/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,337.00 | Plan Balance: | $6,039.00 ** |
| Paid to Claims: | $5,474.10 | Current Monthly Payment: | $261.00 |
| Paid to Trustee: | $374.82 | Arrearages: | ($45.00) |
| Funds on Hand: | $488.08 | Total Plan Base: | $12,376.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**