Office Mailing Address:  
Albert Russo, Trustee  
CN 4853  
Trenton, NJ  08650

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018  
**Chapter 13 Case No. 16-11765 / MBK**

Deborah J. Kwamie

Petition Filed Date: 02/01/2016  
341 Hearing Date: 03/03/2016  
Confirmation Date: 07/12/2016

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2018 | $261.00 | 45882790 | 02/06/2018 | $261.00 | 46514170 | 03/06/2018 | $175.00 | 47312720 |
| 04/09/2018 | $175.00 | 48167610 | 05/07/2018 | $175.00 | 48942280 | 06/06/2018 | $175.00 | 49740450 |
| 07/03/2018 | $175.00 | 50448860 | 08/07/2018 | $175.00 | 51358830 | 09/07/2018 | $175.00 | 52133090 |
| 10/03/2018 | $175.00 | 52865660 | 11/06/2018 | $175.00 | 53753390 | 12/10/2018 | $175.00 | 54590850 |

**Total Receipts for the Period:  $2,272.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $8,262.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Deborah J. Kwamie | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MICHAEL P OTTO ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2012-2015 | Priority Creditors | $10,215.27 | $6,433.02 | $3,782.25 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $2,332.21 | $0.00 | $2,332.21 |
| 3 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2008 | Unsecured Creditors | $2,814.56 | $0.00 | $2,814.56 |
| 4 | THE BANK OF NEW YORK MELLON<br>»» P/30 CLIVE HILLS RD/1ST MTG/DITECH | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 5 | NJ DIVISION OF TAXATION<br>»» 2012-2014 | Priority Creditors<br>No Disbursements: Removed From Plan | $0.00 | $0.00 | $0.00 |
| 6 | Equiant Financial Services<br>»» ATLANTIC FLAGSHIP TIMESHARE | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 7 | Equiant Financial Services<br>»» ATLANTIC FLAGSHIP TIMESHARE | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,262.00 | Plan Balance: | $4,114.00 ** |
| Paid to Claims: | $7,433.02 | Current Monthly Payment: | $175.00 |
| Paid to Trustee: | $503.48 | Arrearages: | ($45.00) |
| Funds on Hand: | $325.50 | Total Plan Base: | $12,376.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**