| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>ITB 18-023058<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Charles G. Wohlrab, Esq. 016592012<br>ATTORNEYS FOR BAYVIEW LOAN SERVICING, LLC., AS SERVICER FOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2007-10, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-10 | |
|---|---|
| IN RE:<br><br>DEBORAH J. KWAMIE, DEBTOR | CASE NO.: 16-11765-MBK<br><br>HEARING DATE: JULY 23, 2019<br><br>JUDGE: HONORABLE MICHAEL B. KAPLAN |

## CERTIFICATION OF CONSENT
## REGARDING MOTION FOR RELIEF ECF NO.: 60

I certify that with respect to the Consent Order Resolving Motion For Relief ECF No.: 60 submitted to the Court, the following conditions have been met.

(a)   The terms of the consent order are identical to those set forth in the original consent order;

(b)   The signatures represented by the /s/ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c)   I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d)   I will make the original consent order available for inspection on request of the Court or any party in interest; and

## Final paragraph options:

☐ (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☑ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System,* I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/   )

Date: 9-12-19

_____
Charles G. Wohlrab, Esquire