UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

ITB 18-023058
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Charles G. Wohlrab, Esq. 016592012
ATTORNEYS FOR BAYVIEW LOAN SERVICING,
LLC., AS SERVICER FOR THE BANK OF NEW YORK
MELLON FKA THE BANK OF NEW YORK AS
TRUSTEE FOR THE BENEFIT OF CWMBS, INC. CHL
MORTGAGE PASS-THROUGH TRUST 2007-10,
MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2007-10

Order Filed on September 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| IN RE: | CASE NO.: 16-11765-MBK |
| DEBORAH J. KWAMIE, DEBTOR | JUDGE: HONORABLE MICHAEL B. KAPLAN: |
| | HEARING DATE: JULY 23, 2019 |

## AMENDED CONSENT ORDER RESOLVING MOTION TO VACATE STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: September 22, 2019

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for Bayview Loan Servicing, LLC., as servicer for The Bank of New York Mellon FKA The Bank of New York As Trustee for the Benefit of CWMBS, Inc. CHL Mortgage Pass-Through Trust 2007-10, Mortgage Pass-Through Certificates, Series 2007-10, hereinafter "Secured Creditor", upon the filing of a Notice of Motion for an Order Vacating Stay in a Chapter 13 Case for failure of the Debtor to make post-petition payments on a mortgage obligation and due notice of said Motion and the supporting Certification having been given by mail to the Trustee, the Debtor and the attorney for the Debtor, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1.      Creditor and Debtor agree the entry of this order hereby amends the Order Resolving Motion for Relief from Stay entered September 10, 2019; ECF No.: 63.

2.      Debtor is currently delinquent in post-petition payments to Secured Creditor for the month of August 1, 2019 in the total amount of $5,384.34, less a suspense balance of $1,190.78, for a post-petition arrearage of $4,193.56.

3.      To cure the delinquency outlined in paragraph one (1), debtor agrees to remit monthly cure payments in the amount of $698.93 for the months of September 1, 2019 through January 1, 2020 and one (1) final cure payment of $698.91 for the month of February 1, 2020.

4.      Starting September 1, 2019, Debtor also agrees to maintain all contractually due payments to Secured Creditor, which currently amount to $5,384.34.

5.      Debtor shall reimburse Secured Creditor $350.00 in attorney fees and $181.00 in court costs through the remaining Chapter 13 Plan.  The Trustee shall amend his/her records to reflect same.

6.      Payments should be submitted to the Secured Creditor via Certified Check to the below address:

> Bayview Loan Servicing, LLC
> 4425 Ponce de Leon Blvd 5th floor
> Coral Gables, FL 33146

7.      If the Debtor(s) fails to make any payments detailed in this Consent Order within thirty (30) days of the date the payments are due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may send Debtor and Debtor's Counsel a written notice of default of this Consent Order.  If the default is not cured within ten (10) days of such notice, Mortgagee may obtain an Order Vacating the Automatic Stay as to the Collateral by submitting a Certification of Default to the Bankruptcy Court, specifying the Debtor(s) failure to comply with this Consent Order, with a copy of any application, supporting certification, and proposed Order to be served on the Chapter 13 Standing Trustee, Debtor(s) Counsel and Debtor(s) as required by the local bankruptcy rules.

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

Date: 9-12-19

Michael P Otto, Esquire
Attorney for the Debtor

Date: 9/12/19