| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 16-11765 / MBK**

Deborah J. Kwamie

Petition Filed Date: 02/01/2016
341 Hearing Date: 03/03/2016
Confirmation Date: 07/12/2016

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2019 | $175.00 | 55310210 | 02/06/2019 | $175.00 | 56035610 | 03/06/2019 | $175.00 | 56834030 |
| 04/08/2019 | $175.00 | 57645470 | 05/06/2019 | $175.00 | 58339140 | 06/06/2019 | $175.00 | 59211560 |
| 07/03/2019 | $175.00 | 59908120 | 08/22/2019 | $175.00 | 61108290 | 09/04/2019 | $175.00 | 61489240 |
| 10/02/2019 | $175.00 | 62235880 | 11/05/2019 | $175.00 | 63090620 | 12/03/2019 | $175.00 | 63774800 |

**Total Receipts for the Period:  $2,100.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $10,537.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Deborah J. Kwamie | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MICHAEL P OTTO ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2012-2015 | Priority Crediors | $10,215.27 | $8,204.48 | $2,010.79 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $2,332.21 | $0.00 | $2,332.21 |
| 3 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2008 | Unsecured Creditors | $2,814.56 | $0.00 | $2,814.56 |
| 4 | THE BANK OF NEW YORK MELLON<br>»»  P/30 CLIVE HILLS RD/1ST MTG/DITECH | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 5 | NJ DIVISION OF TAXATION<br>»»  2012-2014 | Priority Crediors<br>No Disbursements: Removed From Plan | $0.00 | $0.00 | $0.00 |
| 6 | Equiant Financial Services<br>»»  ATLANTIC FLAGSHIP TIMESHARE | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 7 | Equiant Financial Services<br>»»  ATLANTIC FLAGSHIP TIMESHARE | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 8 | THE BANK OF NEW YORK MELLON<br>»»  30 CLIVE HILLS ROAD/ORDER 9/10/19/AMD 9/22/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

**Chapter 13 Case No. 16-11765 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,537.00 | Plan Balance: | $2,429.00 ** |
| Paid to Claims: | $9,735.48 | Current Monthly Payment: | $175.00 |
| Paid to Trustee: | $639.12 | Arrearages: | ($45.00) |
| Funds on Hand: | $162.40 | Total Plan Base: | $12,966.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.