B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

In re: DEBORAH J. KWAMIE                             Case No. 16-11765

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-10, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-10 c/o Shellpoint Mortgage Servicing | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-10, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-10 c/o Bayview Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
NewRez LLC DBA Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826
Phone: (800)365-7107
E-mail: mtgbk@shellpointmtg.com
Last Four Digits of Acct #: 2021

Court Claim # (if known): 3-2
Amount of Claim: $992,711.69
Date Claim Filed: 08/16/2018

Phone:
Last Four Digits of Acct. #: 1703

Name and Address where transferee payments should be sent (if different from above):
NewRez LLC DBA Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826
Phone: (800)365-7107
E-mail: mtgbk@shellpointmtg.com
Last Four Digits of Acct #: 2021

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Arvind Nath Rawal
    AIS Portfolio Services, LP as agent                             Date 03/05/2020
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.