| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 16-11765 / MBK**

Deborah J. Kwamie

Petition Filed Date: 02/01/2016
341 Hearing Date: 03/03/2016
Confirmation Date: 07/12/2016

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $175.00 | 64506370 | 02/07/2020 | $175.00 | 65450850 | 03/03/2020 | $175.00 | 66095100 |
| 04/03/2020 | $175.00 | 66878500 | 05/04/2020 | $175.00 | 67657790 | 06/03/2020 | $175.00 | 68398180 |
| 07/06/2020 | $175.00 | 69171830 | 08/03/2020 | $175.00 | 69826260 | 09/02/2020 | $175.00 | 70564170 |
| 10/02/2020 | $175.00 | 71267440 | 11/16/2020 | $175.00 | 72245640 | 12/02/2020 | $175.00 | 72762020 |
| 01/04/2021 | $175.00 | 73525160 | 02/02/2021 | $175.00 | 74234460 | | | |

**Total Receipts for the Period: $2,450.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $12,637.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Deborah J. Kwamie | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MICHAEL P OTTO ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2012-2015 | Priority Crediors | $10,215.27 | $9,967.24 | $248.03 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $2,332.21 | $0.00 | $2,332.21 |
| 3 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2008 | Unsecured Creditors | $2,814.56 | $0.00 | $2,814.56 |
| 4 | The Bank of New York Mellon<br>»» P/30 CLIVE HILLS RD/1ST MTG/DITECH | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 5 | NJ DIVISION OF TAXATION<br>»» 2012-2014 | Priority Crediors<br>No Disbursements: Removed From Plan | $0.00 | $0.00 | $0.00 |
| 6 | Equiant Financial Services<br>»» ATLANTIC FLAGSHIP TIMESHARE | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 7 | Equiant Financial Services<br>»» ATLANTIC FLAGSHIP TIMESHARE | Mortgage Arrears<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 8 | The Bank of New York Mellon<br>»» 30 CLIVE HILLS ROAD/ORDER 9/10/19/AMD 9/22/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

**Chapter 13 Case No. 16-11765 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,637.00 | Plan Balance: | $329.00 ** |
| Paid to Claims: | $11,498.24 | Current Monthly Payment: | $175.00 |
| Paid to Trustee: | $810.12 | Arrearages: | ($45.00) |
| Funds on Hand: | $328.64 | Total Plan Base: | $12,966.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**